1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11   DANIEL VASQUES,                       No.  2:20-cv-01190-TLN-KJN

12              Plaintiff,

13        v.                               **ORDER**

14   KENNETH MELIKIAN, et al.,

15              Defendants.

16

17        Plaintiff Daniel Vasques ("Plaintiff"), a state prisoner proceeding *pro se*, has filed this

18   civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United

19   States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On September 11, 2020, the magistrate judge filed findings and recommendations herein

21   which were served on Plaintiff and which contained notice to Plaintiff that any objections to the

22   findings and recommendations were to be filed within twenty-one (21) days.  (ECF No. 8.)  The

23   time for filing objections has expired, and Plaintiff has not filed objections to the findings and

24   recommendations.

25        Accordingly, the court presumes that any findings of fact are correct.  *See Orand v. United*

26   *States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

27   reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir.

28   1983).

                                        1

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1.  The Findings and Recommendations filed September 11, 2020 (ECF No. 8), are adopted in full;

2.  This action is DISMISSED without prejudice; and

3.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

DATED:  November 2, 2020

Troy L. Nunley
United States District Judge